UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXOTTICA GROUP S.p.A.,

Plaintiffs,

-v-

K.H. GIFT SHOP INC., et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 6373 (VSB)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 29, 2026, this action was referred to the undersigned for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. (Dkt. No. 8). On September 9, 2026, the Court scheduled an initial case management conference to be held in person on October 28, 2026 (the "ICMC")). (Dkt. No. 20). On September 14, 2026, this matter was reassigned to the Honorable Jennifer E. Willis for general pretrial management. (text order dated September 14, 2026 (the "Reassignment")).

In light of the Reassignment, the ICMC is **CANCELLED**. (Dkt. No. 20). The parties do not need to file a proposed case management plan until the Court orders otherwise. (See id. at 2). All future filings relating to discovery shall be directed to Judge Willis.

Dated: New York, New York
October 16, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**